## HART v. MURRAY.

OVERRULING DEMURRER NOT A FINAL ORDER.

An order overruling a demurrer and a judgment for the costs of the demurrer is not a final order subject to review in error.

PETITION IN ERROR to reverse judgment of court of common pleas.

The last action of the court of common pleas was the overruling of a demurrer, and a judgment for the costs of the demurrer.

Held: There was no final judgment subject to review in error, and the petition in error was dismissed.

Arnold Green, for plaintiff in error.

A. T. Brinsmade, city solicitor, for defendant in error.

---

## HUSBAND AND WIFE. 431